**JS-6**

**FILED**
CLERK, U.S. DISTRICT COURT

4/10/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNA ROSE and JASON ALAN, Individually And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SOUTHWEST CREDIT SYSTEMS, L.P., )<br><br>Defendant. ) | Case No.<br>2:15-cv-04998-MWF-PLA<br><br>[PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiffs, GIOVANNA ROSE and JASON ALAN, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this _____ April 10, 2018 _____

_____
Honorable Judge Michael W. Fitzgerald